# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Ricardo Ramirez,<br>a.k.a.: Ricardo B Ramirez,<br>a.k.a.: Ricardo Ramirez-Boullet,<br>(A 099 832 573)<br>_Defendant_ | )<br>)  Case No. 16-6417MJ<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 11, 2016 in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Ricardo Ramirez, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 30, 2015, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: AUSA Matthew Binford

☒ Continued on the attached sheet.

_Complainant's signature_

Darrin J. McNeill,
Deportation Officer
_Printed name and title_

Sworn to before me and signed in my presence.

Date: September 28, 2016

_Judge's signature_

David K. Duncan,
United States Magistrate Judge
_Printed name and title_

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Darrin J. McNeill, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 11, ~~2015,~~ 2016, Ricardo Ramirez was arrested by the Phoenix Police Department booked into the Maricopa County Jail (MCJ) on local charges. While incarcerated at the MCJ, Ramirez was examined by ICE Officer M. Karakey who determined Ramirez to be a citizen of Mexico, illegally present in the United States. On the same date, a detainer was lodged with the MCJ. On September 27, 2016, Ramirez was released from MCJ and transported to the Phoenix ICE office for further investigation and processing. Ramirez was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Ricardo Ramirez to be a citizen of Mexico and a previously deported criminal alien. Ramirez was removed from the United States to Mexico through Nogales, Arizona, on or about April 30, 2015, pursuant to an order of

2

removal issued by an immigration judge. There is no record of Ramirez in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ramirez's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Ricardo Ramirez was convicted of Solicitation to Possess Dangerous Drugs, a felony offense, on November 25, 2009, in the Superior Court of Arizona, Maricopa County. Ramirez was sentenced to eighteen (18) months' probation. Ramirez's criminal history was matched to him by electronic fingerprint comparison.

5. On September 27, 2016, Ricardo Ramirez was advised of his constitutional rights. Ramirez freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 11, 2016, Ricardo Ramirez, an alien, was found in the United States of America, at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 30, 2015, and not having obtained the

express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Darrin J. McNeill,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me this 28th day of September, 2016.

_____
David K. Duncan,
United States Magistrate Judge